# Court of Appeals
# of the State of Georgia

ATLANTA, December 19, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0682. WILLIAM THOMAS MIDDLETON v. THE STATE.**

William Thomas Middleton was convicted of sexual exploitation of children on November 4, 2005. In September 2012, Middleton filed an extraordinary motion for new trial. After the trial court denied his motion, Middleton filed this appeal.

To appeal from an order denying an extraordinary motion for new trial, a party must file an application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Because Middleton failed to comply with the discretionary appeal procedure, this Court lacks jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/19/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*